01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  JOHN LITTLE,                      )  CASE NO. C07-1317-JCC-MAT
                                      )
09          Plaintiff,                )
                                      )
10     v.                             )  ORDER RE: PLAINTIFF'S ADDRESS
                                      )
11  DAVE OSTER, et al.,               )
                                      )
12          Defendants.               )
    _____ )
13

14        Plaintiff has filed a *pro se* complaint in this action pursuant to 42 U.S.C. § 1983. On

15  November 6, 2007, an Order issued by the Court was returned by the prison where plaintiff had

16  been incarcerated, with a note indicating that plaintiff had been released. (Dkt. No. 13). Under

17  Local Rule CR 41(b)(2), a party proceeding *pro se* has a duty to keep the Court and opposing

18  parties advised as to his current address. The rule further provides that "[i]f mail directed to a *pro*

19  *se* plaintiff by the clerk is returned by the post office, and *if such plaintiff fails to notify the court*

20  *and opposing parties within sixty days thereafter of his current address*, *the court may dismiss*

21
22

ORDER RE: PLAINTIFF'S ADDRESS
PAGE -1

01 *the action without prejudice for failure to prosecute*." Local Rule CR 41(b)(2) (emphasis added)[1].

02 Accordingly, the Court does hereby find and ORDER:

03 (1) No later than **January 7, 2008**, plaintiff must inform the Court and counsel for
04 defendants of his current address, or this action will be dismissed pursuant to Local Rule CR
05 41(b)(2).

06 (2) The Clerk is directed to send copies of this Order to plaintiff at his last known
07 address, to counsel for defendants, and to the Honorable John C. Coughenour.

08 DATED this 6th day of December, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

---

[1] Plaintiff was expressly advised of his duty to inform the court of his current address when he received a copy of the General Order, which contains this requirement and which the Clerk mailed to plaintiff on September 10, 2007. (Dkt. No. 7).

ORDER RE: PLAINTIFF'S ADDRESS
PAGE -2