UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOHN LITTLE, | ) | CASE NO. C07-1317-BHS-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DIRECTING DEFENDANTS |
| | ) | TO FILE ANSWER |
| DAVE OSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff filed a *pro se* civil rights complaint on August 23, 2007. (Dkt. No. 1). On September 10, 2007, the Court directed the Clerk to serve the complaint on defendants. (Dkt. No. 7). Defendants have filed waivers of personal service and their counsel has entered an appearance on their behalf. However, they have not filed an answer to the complaint because plaintiff had failed to inform the Court and counsel for defendants of his current address, as required by Local Rule CR 41(b)(2). On January 4, 2008, plaintiff filed a notice of change of address with the Clerk. (Dkt. No. 16). Accordingly, the Court does hereby find and ORDER as follows:

(1) No later than February 15, 2008, defendants shall file an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

01  (2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for
02 defendants, and to the Honorable Benjamin H. Settle.
03  DATED this 10th day of January, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING DEFENDANTS TO FILE ANSWER
PAGE -2