# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN LITTLE,         )<br>                      )<br>   Plaintiff,      )<br>                      )<br>   v.                 )<br>                      )<br>DAVE OSTER, et al.,   )<br>                      )<br>   Defendants.       )<br>_____) | CASE NO. C07-1317-BHS-MAT<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR COPIES |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. He has filed a motion seeking copies of all pleadings and Orders that have been filed in this case. (Dkt. No. 20). As grounds for this request, plaintiff cites the fact that he was homeless for a brief period of time and during that period, he states that he lost all documents pertaining to this lawsuit. (*Id*.) Having reviewed plaintiff's motion and the balance of the record, the Court does hereby find and ORDER:

(1)     In general, a litigant's *pro se* or *in forma pauperis* status does not entitle him to copies of filed documents without paying a fee. *See, generally, Tedder v. Odel*, 890 F.2d 210 (9th Cir. 1989). However, in view of the fact that plaintiff apparently lost all his documents through

01 unusual circumstances, the Court directs the Clerk to mail to plaintiff a copy of each pleading or

02 Order that has been filed in this case. **Plaintiff is advised that this is the sole instance in this**

03 **case in which he will be permitted to receive copies without charge.**

04       (2)    The Clerk shall also send a copy of this Order to counsel for defendants and to the

05 Honorable Benjamin H. Settle.

06       DATED this 21st day of February, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR COPIES
PAGE -2