# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN LITTLE

      v.

DAVE OSTER, et. al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1317BHS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Objections to the Report and Recommendation (Dkt. 52) are **OVERRULED** and U.S. Magistrate Judge Mary Alice Theiler's Report and Recommendation (Dkt. 38) is **ADOPTED**. Defendants' Motion for Summary Judgment is **GRANTED** and Plaintiff's Complaint is **DISMISSED**. Dismissal of this action shall count as a prior occasion pursuant to 28 U.S.C. § 1915(g) because it is frivolous.

   August 22, 2008                                                       BRUCE RIFKIN
Date                                                                     Clerk

                                                                                  *s/CM Gonzalez*
                                                                                  Deputy Clerk